IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RACHEL BARRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-233 |
| | § | (Jury Demanded) |
| HOME DEPOT, INC., AND | § | |
| RAMON NAJERA, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

The undersigned counsel of record for Defendant Home Depot U.S.A., Inc., incorrectly identified as Home Depot, Inc., certifies that the following listed persons, firms, corporations, affiliates, parent corporations, or other legal affiliates have a financial interest in the outcome of this case. All publicly traded corporations are underlined:

1.  Rachel Barrera – Plaintiff;

2.  Miguel Salinas – Counsel for Plaintiff;

3.  Home Depot U.S.A., Inc. – Defendant;

4.  The Home Depot, Inc. – parent of Defendant Home Depot U.S.A., Inc.;

5.  J. Alfred Southerland – Counsel for Defendant Home Depot U.S.A., Inc.; and

6.  Ramon Najera – Defendant.

Respectfully submitted,

_____
J. Alfred Southerland
State Bar No. 18860050
One Allen Center
500 Dallas, Suite 3000
Houston, Texas 77002-4709
Telephone:  713/655-5753
Facsimile:  713/655-0020
**ATTORNEY FOR DEFENDANT
HOME DEPOT U.S.A., INC.**

**OF COUNSEL:**

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002
713/655-5753
713/655-0020 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of February, 2004, a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, to:

>Miguel Salinas
>Law Office of Miguel Salinas
>803 Old Port Isabel Road
>Brownsville, Texas 78521
>*Certified Mail #7000 0520 0026 3294 0158*

_____
J. Alfred Southerland