IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 26 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RACHEL BARRERA<br>    Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-233 |
| HOME DEPOT, INC., AND RAMON NAJERA<br>    Defendants | § § § § | |

### PLAINTIFF'S NOTICE OF INTERESTED PARTIES

Plaintiff, RACHEL BARRERA files this Notice of Interested Parties pursuant to the Court's Scheduling Order:

a. Plaintiff, RACHEL BARRERA is a resident of Harlingen, Cameron County, Texas.

b. Counsel for Plaintiff is MIGUEL SALINAS, a sole practitioner with the Law Office of Miguel Salinas.

c. Home Depot, Inc., is a defendant in this cause.

d. Ramon Najera is an employee of Home Depot and a defendant in this cause.

e. J. Alfred Southerland is counsel for defendant.

DATED this __26th__ day of April, 2004.

Respectfully submitted,
LAW OFFICE OF MIGUEL SALINAS

By: */s/ Miguel Salinas*
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Rd.
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of Plaintiff's Certificate of Interested Parties was given to the Defendant via hand delivery on this the 26th day of April, 2004 to:

J. Alfred Southerland
500 Dallas, Suite 3000
Houston, Texas 77002-4709

BY: _____
MIGUEL SALINAS