# Civil Courtroom Minutes

| | | | | |
|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | |
| CASE MANAGER | Stella Cavazos | | | |
| LAW CLERK | ■ Nicolas       □ Levesque | | | |
| DATE | 4 | 26 | 04 | |
| TIME | a.m. | | a.m. | |
| | 3:00 p.m. | | 3:16 p.m. | |
| CIVIL ACTION | B | 03 | 233 | |
| STYLE | RACHEL BARRERA *versus* HOME DEPOT, INC, et al. | | | |

United States District Court
Southern District of Texas
FILED

APR 26 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■ Initial Pretrial Conference;   (Rptr.  Heather Hall )

| | | | |
|---|---|---|---|
| Miguel Salinas | for | ■ Ptf. # _____ | □ Deft. # _____ |
| Alfred Southerland | for | □ Ptf. # _____ | ■ Deft. # _____ |

Comments:

1. Plaintiff has tried to serve Defendant Najera but has been unable to find him. Plaintiff will serve him as soon as possible.
2. Plaintiff suffered a personal injury on the job while moving plywood. The personal injury is not part of this lawsuit.
3. Plaintiff's and Defendant's counsel explained their cases.
4. Discovery can be completed by December 31, 2004.
5. The Court informed the parties that Magistrate Judge Recio is available for mediation at no cost to the parties.
6. Plaintiff's counsel will investigate the sexual harassment claim against Najera and might dismiss him, leaving only the retaliation claim.
7. A Scheduling Order will be entered.