United States District Court
Southern District of Texas
ENTERED
MAY 19 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk ~Chumada

UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

RACHEL BARRERA §

vs. § Civil Action No. B-03-233

HOME DEPOT, INC., ET AL §

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3 - 4__ days.                ☐ Bench   ■ Jury

2. New parties must be joined by:                                 __5/28/2004__
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __8/31/2004__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                __12/31/2004__
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention
    by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

****************************The Court will provide these dates****************************

6. Dispositive Motions will be filed by:                          __1/31/2005__

7. Joint pretrial order is due:                                   __4/20/2005__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  __5/5/2005__

9. Jury Selection is set for 9:00 a.m. on:                        __5/9/2005__
    *(The case will remain on standby until tried)*

Signed __May 18__, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge