10

UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

RACHEL BARRERA §
§
§
versus § CIVIL ACTION NO. B-03-233
§
HOME DEPOT, INC., ET AL §
§

United States District Court
Southern District of Texas
ENTERED

AUG 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### Order Re-Setting Docket Call

1. Docket call and final pretrial conference is reset for <u>April 27, 2005 at 1:30 p.m.</u>

2. Jury selection will remain as scheduled for <u>May 9, 2005 at 9:00 a.m.</u>

3. Joint Pretrial Order is due on <u>April 13, 2005.</u>

Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed ____August 26____, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge