OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002
Telephone: 713.655.0855
Facsimile: 713.655.0020

www.ogletreedeakins.com

# FACSIMILE TRANSMITTAL

| DATE: September 29, 2004 | TOTAL PAGES: 2 |
|---|---|
| TO:   Miguel Salinas | FROM:   J. Alfred Southerland |
| COMPANY: | DIRECT DIAL:  713-655-5753 |
| FAX:  956-550-1134    # 7783 | CLIENT/MATTER NO.:   413303.083 |
| PHONE:   956-550-1115 | TIME: |

Original to follow in mail: ___ Yes      _x_ No

*Notes:*

---

Atlanta, GA • Austin, TX • Birmingham, AL • Charleston, SC • Chicago, IL • Columbia, SC • Dallas TX
Greenville, SC • Houston, TX • Indianapolis, IN • Los Angeles, CA • Miami, FL • Morristown, NJ
Nashville, TN • Raleigh, NC • St. Thomas, VI • San Antonio, TX • Washington, DC

*CONFIDENTIALITY NOTICE:* *This message and the documents accompanying this facsimile are legally privileged, confidential and exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, please be advised that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If this communication has been received in error, please notify us by telephone immediately to arrange for the return of the original documents to us. Thank you.*

P. 1

\* \* \* TRANSMISSION RESULT REPORT ( SEP.29.2004   4:46PM ) \* \* \*

TTI  OGLETREE, DEAKINS

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|---|---|---|---|---|---|---|---|---|
| SEP.29. | 4:45PM | | TES | 0'42" | P. 2 | OK | | 849 |

```
# : BATCH       C : CONFIDENTIAL    $ : TRANSFER      P : POLLING
M : MEMORY      L : SEND LATER      @ : FORWARDING    E : ECM
S : STANDARD    D : DETAIL          F : FINE          > : REDUCTION
```