IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RACHEL BARRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-233 |
| | § | |
| HOME DEPOT, INC., AND | § | |
| RAMON NAJERA, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendant's Motion to Compel Plaintiff's Answers to Defendant's Interrogatories and Requests for Production is Granted. Plaintiff is hereby ORDERED to respond to Defendant's Interrogatories and Requests for Production within ten (10) days of entry of this Order. It is further ORDERED that Plaintiff shall pay $500.00 to Defendant as sanctions for her failure to respond to the discovery requests which resulted in Defendant having to file the Motion to Compel.

SIGNED this _____ day of _____, 2004 at Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE