IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RACHEL BARRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-233 |
| | § | |
| HOME DEPOT, INC., AND | § | |
| RAMON NAJERA, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rules 37(d) and 41(b) of the Federal Rules of Civil Procedure, Defendant Home Depot U.S.A., Inc. ("Home Depot"), incorrectly identified as Home Depot, Inc., moves this Court to dismiss this case with prejudice because of Plaintiff's failure to comply with this Court's Order requiring Plaintiff to respond to Home Depot's discovery requests by no later than November 29, 2004. In support of this motion, Home Depot would show the Court the following:

1. Plaintiff Rachel Barrera filed her Original Petition on December 24, 2003, alleging sexual harassment and discrimination, retaliation, assault, and intentional infliction of emotional distress.

2. On August 4, 2004, Home Depot served its first set of interrogatories and requests for production upon Plaintiff. Plaintiff had thirty (30) days to respond to Home Depot's discovery requests. *See* FED. R. CIV. P. 33(b), 34(b). Plaintiff never responded.

3. On September 29, Home Depot's counsel sent a letter to Plaintiff's counsel requesting that Plaintiff respond to the interrogatories and requests for production. Plaintiff's counsel contacted Home Depot's counsel and indicated that his client had not responded to him and said that he might

file a motion to withdraw from the case due to his client's failure to respond to his communications. Plaintiff's counsel has not withdrawn from the case.

4.      On October 12, Home Depot filed its "Motion to Compel Plaintiff's Answers to Defendant's Interrogatories And Requests For Production." On November 15, the Court entered an Order directing Plaintiff to respond to Home Depot's interrogatories and requests for production within ten (10) days of the signing of the Order. The Court's Order provides, in pertinent part, as follows: "The plaintiff is further admonished that if the requests are not satisfied in the allotted time period, this Court may impose costs, sanctions, or dismiss this action with prejudice." A copy of the Court's November 15, 2004 Order is attached hereto as Exhibit A.

5.      Pursuant to the Order, Plaintiff's discovery responses were due by no later than November 29, taking into account the Thanksgiving holiday. To date, Plaintiff has not complied with the Order.

Accordingly, Defendant moves this Court to dismiss this case with prejudice due to Plaintiff's failure to prosecute this case diligently and to comply with this Court's Order.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

J. Alfred Southerland
Federal I.D. No. 07341
State Bar No. 18860050
One Allen Center
500 Dallas, Suite 3000
Houston, Texas 77002-4709
Telephone:   713/655-5753
Facsimile:    713/655-0020
**ATTORNEY FOR DEFENDANT
HOME DEPOT U.S.A., INC.**

## CERTIFICATE OF CONFERENCE

Before filing this motion, I attempted to confer with counsel for Plaintiff's counsel. My calls to Plaintiff's counsel were not returned.

_____
J. Alfred Southerland

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of December, 2004, a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, to:

Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521
***Certified Mail RRR***

_____
J. Alfred Southerland