IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


NOV 1 5 2004


RACHEL BARRERA §
 §
Plaintiff, §
 §
v. § Civil Action B-03-233
 §
HOME DEPOT U.S.A., INC., and §
RAMON NAJERA §
 §
Defendants. §

## ORDER

BE IT REMEMBERED that on November 15, 2004, the Court considered Defendant Home Depot U.S.A., Inc.'s (Home Depot) Motion to Compel plaintiff Rachel Barrera to answer defendant's interrogatories and to produce requested documents [Dkt. No. 11].

Pursuant to Federal Rules of Civil Procedure, Rules 33(b)(3) and 34(b), respectively, a party has thirty (30) days from the date of service to respond to interrogatories and produce requested documents. If the served party is delinquent, reasonable notice afforded, and certificate of conference provided to the Court, Rule 37 allows the submitting party to motion the court to compel response or production.

On August 4, 2004, Home Depot served the plaintiff with its first set of interrogatories and request of production of certain documents. Plaintiff has not yet responded to the interrogatories or produced the documents. Home Depot sent a letter to plaintiff's attorney on September 29, 2004, nearly 30 days after the plaintiff's responses were due, inquiring as to the delay. The plaintiff's attorney indicated that the plaintiff has

11-29-04

not responded to his own communications.

The Court finds that Home Depot has provided the plaintiff with reasonable time to respond, notice of its intentions to file the present motion, and included a certificate of conference required by Rule 37(d). Therefore Home Depot's motion is hereby **GRANTED** [Dkt. No. 11].

The plaintiff is hereby **ORDERED** to (1) respond to the subject interrogatories within ten (10) days of this Order; and (2) respond to the document requests within ten (10) days of this Order.

The plaintiff is further admonished that if the requests are not satisfied in the allotted time period, this Court may impose costs, sanctions, or dismiss this action with prejudice. See Fed.R.Civ.Pro. 37(d).

DONE at Brownsville, Texas, this 15 day of November, 2004.

Hilda G. Tagle
United States District Judge