IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RACHEL BARRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-233 |
| | § | |
| HOME DEPOT, INC., AND | § | |
| RAMON NAJERA, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has considered Defendant Home Depot U.S.A., Inc.'s Motion to Dismiss with Prejudice. The Court is of the opinion that said motion should be GRANTED. It is therefore:

ORDERED that Plaintiff Rachel Barrera's causes of action against Defendant Home Depot U.S.A., Inc. are **dismissed with prejudice**. It is further:

ORDERED that Defendant Home Depot U.S.A., Inc.'s costs and attorney's fees are taxed against Plaintiff.

SIGNED this _____ day of _____, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge