IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **RACHEL BARRERA**<br>**Plaintiff** | §<br>§<br>§ | |
| **vs.** | § | **CIVIL ACTION NO. B-03-233** |
| | § | |
| **HOME DEPOT, INC., AND RAMON**<br>**NAJERA**<br>**Defendants** | §<br>§<br>§<br>§ | |

**PLAINTIFF'S ATTORNEY MIGUEL SALINAS
MOTION FOR CONTINUANCE; IN THE ALTERNATIVE
MOTION TO APPEAR TELEPHONICALLY**

**COMES NOW**, Attorney Miguel Salinas and files this Motion for Continuance on Hearing on Motion to Dismiss, and in support would show the Court as follows:

1. The Court has set this cause for Hearing on Dismissal and Possible Sanction for Plaintiff's failure to answer Discovery on January 28, 2005.

2. Plaintiff's attorney Miguel Salinas is currently scheduled to take the deposition of the architect of record in Cause No. C-2004-02-1208-G; *Cameron County v. Landmark, et al.* in Denver, Colorado on January 28, 2005. The Cameron County case alleges the defendants negligently constructed the County's Detention Center in Olmito.

3. Mr. Salinas is lead counsel for Al Cardenas Masonry one of the target defendants in the *Cameron County case.* Plaintiff Cameron County alleges Mr. Salinas' client failed to install the security reinforcement required by the Texas Commission on Jail Standards. In that regard, one of the major issues in this case is whether the mason failed to follow the architect's design or if the design failed to notify the mason of its responsibilities.

4. There has been over 20 depositions in this cause. Mr. Salinas has attended all of the depositions and is intimately familiar with the facts and issues related to the Plaintiff's claim. In addition to the depositions, there has been over 20,000 items produced in discovery. Given the amount of information it would be virtually impossible for another attorney to prepare and adequately represent the masonry contractor.

5. For these reasons, Plaintiff's attorney would ask the Court continue this hearing to allow attorney Salinas to attend the depositions in Denver. In the alternative, attorney Salinas would request he be allowed to appear telephonically.

6. Plaintiff's attorney has contacted J. Alfred Southerland attorney for Home Depot and he is not opposed to the motion.

7. This request is not being made for the purpose of delay but for the purpose that justice may be served.

DATED this 25th day of January, 2005.

Respectfully submitted,

BY: *[signature]*
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Road
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax