**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **RACHEL BARRERA** | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-03-233** |
| | § | |
| **HOME DEPOT, INC., AND RAMON** | § | |
| **NAJERA** | § | |
| **Defendants** | § | |

**ORDER ON PLAINTIFF'S ATTORNEY MIGUEL SALINAS
MOTION FOR CONTINUANCE; IN THE ALTERNATIVE
MOTION TO APPEAR TELEPHONICALLY**

On _____, 2005, the Court considered the Attorney Miguel Salinas' Motion for Continuance; In the alternative Motion to Appear Telephonically. After considering the motion, the Court:

GRANTS the motion and resets the hearing until _____, 2005 at _____ m.

DENIES the Motion for Continuance but allows attorney Miguel Salinas to appear telephonically.

DENIES the motion.

SIGNED on _____, 2005

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED

_Miguel Sali___

MIGUEL SALINAS

## CERTIFICATE OF SERVICE

I certify that I faxed a copy of Plaintiff's attorney Miguel Salinas Motion for Continuance; In the Alternative Motion to Appear Telephonically to J. Alfred Southerland attorney in charge for Defendant Home Depot, whose fax number is 713/655.0020, on January 25, 2005.

Miguel Salinas