United States District Court
Southern District of Texas
FILED

JAN 2 5 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RACHEL BARRERA<br>Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-233 |
| HOME DEPOT, INC., AND RAMON NAJERA<br>Defendants | § § § § | |

## ATTORNEY MIGUEL SALINAS' MOTION
## TO WITHDRAW AS ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, MIGUEL SALINAS attorney in charge in this cause and asks this court to allow him to withdraw as attorney for Plaintiff Rachel Barreda and in support would respectfully show unto the Court as follows:

1. There is good cause for this court to grant this motion to withdraw. On August 4, 2004, Defendant Home Depot served Plaintiff with its first set of interrogatories and request for production. Plaintiff moved to Del Rio, Texas, but her attorney forwarded the discovery and set a deadline for her to respond. Plaintiff did not return the discovery and numerous attempts to contact her telephonically failed.

2. On November 21, 2004, Plaintiff was sent a registered letter advising her to respond to discovery or at least to contact her attorney and let him know if she wanted to continue with the case. Plaintiff signed for the letter, (See attachment "A" certified mail receipt), but did not respond to the correspondence.

3. Attorney Salinas followed up the correspondence with a phone call to Plaintiff's last known telephone number and received a recorded message stating Plaintiff could be reached on her husband's phone. Plaintiff did not give her attorney her husband's phone number and the message left on the recorder was not returned. Plaintiff's telephone was called again recently and the number has been disconnected. Plaintiff has not contacted her attorney and it is impossible for her attorney to prosecute this claim without the Plaintiff's cooperation.

4. This case is set for trial in May. Allowing Miguel Salinas to withdraw as attorney in charge will not delay these proceedings.

5. The client has been sent a copy of this motion to her last know address. She has not received the motion and has not indicated whether she will oppose the motion.

6. Miguel Salinas has delivered a copy of this motion to J. Alfred Southerland and has notified him via telefax and regular mail of this motion.

7. Rachel Barreda's last known address and telephone number is as follows:

Rachel Barreda
8085A Kenyon Street
LAFB, Texas 78840
830/298-7308

8. The following is a list of all pending settings and deadlines in this case:

| | |
|---|---|
| Dispositive motions by | 1/31/05 |
| Joint pretrial order is due | 4/20/05 |
| Docket call and final pretrial on | 5/5/05 |
| Jury selection on | 5/9/05 |

## CONCLUSION

9. For the reasons stated above, attorney Miguel Salinas asks this court to grant his motion to withdraw.

Respectfully submitted,

BY: _/s/ Miguel Salinas_
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Road
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax

## VERIFICATION

STATE OF TEXAS

COUNTY OF CAMERON

    Before me the undersigned notary, on this day personally appeared Miguel Salinas, a person whose identity is known to me. After I administered an oath to Miguel Salinas, upon his oath, he said, he read the Motion to Withdraw, and the facts stated in it are within his personal knowledge and are true and correct.

_____
Miguel Salinas

SWORN TO and SUBSCRIBED before me by Miguel Salinas on January 25, 2005

_____
Notary Public in and for
The State of Texas

NARCISO VELA
Notary Public, State of Texas
My Commission Expires
10-25-2006

## CERTIFICATE OF SERVICE

I certify that I faxed a copy of Plaintiff's attorney Miguel Salinas Motion to Withdraw as Attorney in charge to J. Alfred Southerland attorney in charge for Defendant Home Depot, whose fax number is 713/655.0020, and by regular mail on January 25, 2005.

*Miguel Salinas*
Miguel Salinas