IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RACHEL BARRERA<br>Plaintiff | § § § | |
| vs. | § | CIVIL ACTION NO. B-03-233 |
| HOME DEPOT, INC., AND RAMON NAJERA<br>Defendants | § § § § § | |

### ORDER ON PLAINTIFF'S ATTORNEY MIGUEL SALINAS MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On _____, 2005, the Court considered Attorney Miguel Salinas' Motion to Withdraw as Attorney in Charge. After considering the motion, the Court:

GRANTS the motion and orders Miguel Salinas withdrawn as attorney in charge for Plaintiff Rachel Barreda.

SIGNED on _____, 2005.

_____
JUDGE PRESIDING

APPROVED & ENTRY REQUESTED

_/s/ Miguel Salinas_____
MIGUEL SALINAS