# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Miro   ☐ Levesque |
| DATE | 2 / 9 / 05 |
| TIME | 9:40 a.m. — 10:00 a.m. |
| CIVIL ACTION | B-03-233 |
| STYLE | RACHEL BARRERA *versus* HOME DEPOT, INC, et al. |

United States District Court
Southern District of Texas
FILED

FEB 09 2005

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■ Motion Hearing;           (Court Reporter: Heather Hall)

Miguel Salinas        for   ■ Ptf.
Alfred Southerland    for   ■ Deft. (appeared telephonically)

Comments:

1. Addressed Mr. Salinas's motion to withdraw as lead counsel for plaintiff. Court asked whether Mr. Salinas had any proof that plaintiff knew of the hearing to decide the motion to dismiss. Mr. Salinas said he did not.

2. Court ordered Mr. Salinas to send a letter by certified mail, overnight mail, and regular mail to the plaintiff indicating that the Court will rule on the defendant's motion to dismiss on February 22. Furthermore, the letter should explicitly outline each phone call and/or correspondence sent by Mr. Salinas to the plaintiff. A copy of this letter should be submitted with the Court.

3. The Court stayed any rulings on the plaintiff's attorney's motion to withdraw [Dkt. No. 16], and the defendant's motion to dismiss [Dkt. No. 13] until February 22, 2005.