United States District Court
Southern District of Texas
FILED

FEB 17 2005

Michael N. Milby
Clerk of Court

**THE LAW OFFICE OF MIGUEL SALINAS**
ATTORNEY AND COUNSELOR AT LAW
803 Old Port Isabel Rd. • Brownsville, Texas 78521
956/550-1115 (Telephone) 956/550-1134 (Facsimile)

February 17, 2005

Honorable Hilda Tagle,
U.S. District Judge
600 E. Harrison
Brownsville, Texas 78520

Re:   Rachel Barreda v. Home Depot   B-03CV233

Dear Judge Tagle:

    I was contacted by your office regarding our efforts to inform Ms. Barrera of the Court's intention to dismiss the claim and our Motion to Withdraw. Specifically, I was asked if Ms. Barrera received our correspondence and attachments of February 9, 1995.

    As I informed your clerk, we have not received the certified mail return card for the 2/9 correspondence. I further stated, however, we recently got back the letter we sent on January 25, 2005 that contained the Motion to Withdraw we filed on the same date. According to the postal service Ms. Barrera has moved from her last address and did not leave a forwarding address. (Please see attached letter and green card). She also failed to inform my office of her move or call us to give us a new address.

    Based on this experience, I anticipate the letter the court directed me to send on February 9, 2005 will similarly return undelivered.

    I hope this satisfies the Court's inquiry, but if more information is needed please let me know. Thank you in advance for your consideration.

Very truly yours,

Miguel Salinas

**The Law Office of Miguel Salinas**
Attorney and Counselor at Law
803 Old Port Isabel Rd. Brownsville, Texas 78521

CERTIFIED MAIL

7117 4477 7127 5000 1470 700.

Name: Boneva Meza
1st Notice
2nd Notice
Returned: Kenyon St.
Los Cocos, Texas 78840

RETURN RECEIPT REQUESTED

☐ Forwarding under expired
☐ Insufficient Address
☐ Moved, Left no Address
☐ Unclaimed
☐ Attempted, Not Known
☐ No Such Street
☐ No Such Number
Route No. _____ Date _____
Car/Carrier _____

RECEIVED FEB 2005

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Racheal Bancas-Meza<br>8085 Kenyon St.<br>LAFB, Texas 78840 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7000 1670 0005 7127 6117 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1035 |